UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:22-cv-02140-SSS-KKx | Date | March 3, 2023 |
|---|---|---|---|
| Title | *Cassini Quinonez v. PetSmart, LLC* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT THE MARCH 3, 2023 SCHEDULING CONFERENCE**

    On January 5, 2023, the Court entered an order setting a video Scheduling Conference for March 3, 2023, at 1:00 p.m. [Dkt. 19].  On March 3, 2023, counsel for Plaintiff Cassini Quinonez—Chad Eric Irvin; Christopher A. Guldjian; Frank R. Fasel; and Kaaveh K. Zargar —did not appear in court.  Accordingly, the Court **ORDERS** counsel to show cause why they should not be sanctioned in the amount of $500 for failure to appear at the Court-ordered Scheduling Conference.

    Counsel for Plaintiff are required to respond in writing on or before Friday, March 17, 2023.  Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against counsel.

      Counsel are further **ORDERED** to appear at the Order to Show Cause Hearing on March 24, 2023, at 1:00 p.m., via [1]Zoom video conference.

      **IT IS SO ORDERED.**

---

[1] To obtain the video conference link for the scheduled hearing, the parties are directed to Judge Sykes' Procedures and Schedules page on the Court's website: http://www.cacd.uscourts.gov/honorable-sunshine-s-sykes.  Please follow the instructions listed under "Zoom Webinar Information."